UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| JANE DOES 1-14, on their own behalf and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-05683<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF MOTION AND EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to L. Civ. R. 7.1 and Fed. R. Civ. P. 65, Plaintiffs, JANE DOES 1-14, on their own behalf and on behalf of all others similarly situated, by and through counsel, hereby move this Court for a Temporary Restraining Order and Preliminary Injunction, enjoining Defendant, NorthShore University Health System, from further denying Plaintiffs' meritorious requests for religious exemption and accommodation from NorthShore's mandatory COVID-19 vaccination policy, in violation of Plaintiffs' rights under Title VII of the Civil Rights Act, 42 U.S.C. §2000e, the Illinois Health Care Right of Conscience Act, 745 ILCS 70/12, and the Food, Drug, and Cosmetics Act, 21 U.S.C. §360bbb-3.

A memorandum of law in support of this motion is submitted herewith. As detailed in the memorandum, this Court's intervention is respectfully requested **this week**, on an emergency basis, to prevent irreparable harm befalling Plaintiffs and numerous similarly situated NorthShore employees on **November 1, 2021**.

Respectfully submitted,

/s/ Horatio G. Mihet
Mathew D. Staver*
Horatio G. Mihet*
Roger K. Gannam*
Daniel J. Schmid*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org

*Pro hac vice applications pending
***Attorneys for Plaintiffs***