UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Jane Doe 1, et al.

                         Plaintiff,

v.                                                     Case No.: 1:21−cv−05683
Honorable John F. Kness

Northshore University Healthsystem

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 29, 2021:

      MINUTE entry before the Honorable John F. Kness: The Court held a telephonic hearing on 10/29/2021 to consider the motions for a temporary restraining order [3] and preliminary injunction [4]. For the reasons stated on the record, the temporary restraining order is granted in part. The parties are ordered to meet and confer on (1) the final text of a binding restraining order and (2) security (see Fed. R. Civ. P. 65(c)), and the parties should submit a proposed order to proposed_order_kness4;ilnd.uscourts.gov by 5:00 P.M. on 11/1/2021. As explained in the Court's oral order, that temporary restraining order will become effective on 11/1/2021, and the Court will consider an extension after fourteen days pending resolution of the upcoming preliminary injunction hearing. The motion for a preliminary injunction [4] is held in abeyance pending briefing by the parties, which should be filed no later than 11:59 P.M. on 11/10/2021. A telephonic hearing on the motion for a preliminary injunction is set for 11/16/2021 at 2:00 P.M. In their briefing, the parties should consider specifically addressing the question of potential irreparable harm, and whether those harms apply to private defendants in the Title VII context. As well, the parties should consider addressing the relevance of potential accommodations granted for medical or disability reasons to Plaintiffs seeking similar accommodations for religious reasons. The parties should also consider addressing whether Plaintiffs may continue to pursue their case pseudonymously (recognizing that Plaintiff has already submitted a brief on the issue). The Court will allow oversized briefs, within reason and only to the extent truly necessary to fully brief the arguments. Separately, Plaintiffs may file a brief on preliminary class certification by 11/05/2021, to which Defendants may respond by 11/12/2021. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.