IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jane Doe 1, *et al.*, | |
| Plaintiff(s), | |
| v. | No. 21-cv-05683 |
| Northshore University Healthsystem, | Judge John F. Kness |
| Defendant(s). | |

## ORDER

Per the Temporary Restraining Order entered on 11/1/2021 [31], Plaintiffs are ordered to deposit five thousand-dollars ($5,000) with the Clerk of the Court into Courts Registry, and Clerk of the Court is directed to invest funds into CRIS (interest bearing account) until further order of the Court.

SO ORDERED.

Date: November 3, 2021

JOHN F. KNESS
United States District Judge