UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| JANE DOES 1-14, on their own behalf and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br><br>        Defendant. | Case No. 1:21-cv-05683 |

**PLAINTIFFS' AGREED MOTION FOR A WEEKEND EXTENSION OF TIME TO FILE THEIR MOTION TO EXTEND PRELIMINARY INJUNCTIVE RELIEF TO THE PROVISIONAL CLASS**

**AND REQUEST FOR EXPEDITED CONSIDERATION**

Plaintiffs, JANE DOES 1-14, by and through counsel, respectfully move the Court for a brief extension of their deadline to file their motion to extend preliminary injunctive relief to the provisional class, from today, November 5, 2021, at 11:59 p.m. (*see* dkt. 30), to this Monday, November 8, 2021, at noon, with a corresponding adjustment to Defendant's response deadline, until noon on November 15, 2021.

Counsel for Plaintiffs have been working diligently to complete this filing on the abbreviated, one-week schedule necessitated by the fast-moving pace of this case. Unfortunately, counsel have been unavoidably detained by several other emergency matters within the same week, including an emergency brief at the United States Supreme Court being filed on Monday (which was not foreseen at the October 29 hearing in this case), a brief at the Ninth Circuit Court of Appeal also being filed on Monday, and reviewing and responding to 1,100 pages of briefing received this week in a federal district court case venued in Tampa, where a response is due on

November 10 and a preliminary injunction hearing is scheduled for November 15, 2021. Despite counsel's best efforts, they are unable to complete the class-relief motion for this case today, and need a brief extension so that they can work through the weekend and file the motion on Monday.

Because the deadline requested to be moved is **today**, Plaintiffs respectfully request the Court's expedited consideration of this unopposed motion. Plaintiffs' counsel are keenly aware of the old adage that "poor planning on one's part does not constitute an emergency on another's part," and they assure the Court that they have been working diligently and have not engaged in delay. Even as of last night, Counsel had hoped to be able to complete the filing on the current abbreviated schedule, and to avoid having to ask for this extension, but that has not been possible, and it no longer appears possible at this juncture, given additional challenges that have arisen in the other cases within the last 24 hours. Counsel apologize for the short notice and beg the Court's indulgence.

Counsel for Plaintiffs have communicated with counsel for NorthShore, and were advised that NorthShore does not oppose the relief requested herein.

WHEREFORE, for good cause shown, Plaintiffs respectfully request that this motion be granted, and that the Court extend Plaintiffs' deadline to file their class-relief motion until November 8, 2021 at noon (or such other time as the Court requires), and extend Defendant's response deadline until November 15, 2021 at noon (or such other time as the Court requires).

Respectfully submitted,

/s/ Horatio G. Mihet
Mathew D. Staver*
Horatio G. Mihet**
Roger K. Gannam*
Daniel J. Schmid**
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org

** Admitted pro hac vice
*Pro hac vice applications pending
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this November 5, 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's ECF/electronic notification system.

/s/ Horatio G. Mihet
Horatio G. Mihet
Attorney for Plaintiffs