UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
**Eastern Division**

| | |
|---|---|
| JANE DOES 1-14, on their own behalf and on behalf of all others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> NORTHSHORE UNIVERSITY HEALTHSYSTEM, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 1:21-cv-05683 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFFS' MOTION TO EXTEND PRELIMINARY INJUNCTIVE RELIEF TO THE PROVISIONAL CLASS, AND FOR A TWO-AND-A-HALF-PAGE ENLARGEMENT OF PAGE LIMIT IN THE MEMORANDUM IN SUPPORT**

Pursuant to the Court's general equity powers, Plaintiffs JANE DOES 1-14, on behalf of themselves and all others similarly situated, by and through the undersigned counsel, respectfully move the Court to extend the Temporary Restraining Order (dkt. 31), and any future preliminary injunctive relief, to a Provisional Class of all employees of NorthShore University HealthSystem who sought a religious exemption or accommodation to NorthShore's COVID-19 vaccination policy, but were refused and are now presently or imminently subject to unpaid leave and employment termination (hereinafter the "Provisional Class").

Alternatively, Plaintiffs move the Court to conditionally or provisionally certify the Provisional Class under Fed. R. Civ. P. 23, for the purpose of extending the Temporary Restraining Order, and any future preliminary injunctive relief, to members of the Provisional Class.

A memorandum of law in support of this Motion is filed concurrently herewith. Plaintiffs respectfully request the Court's leave, *instanter*, to exceed the 15-page limit on memoranda by two-and-a-half pages, on the grounds that the weighty issues before the Court merit a thorough

factual and legal analysis. The memorandum synthesizes an extensive body of law on conditional class certification and the Court's general equity powers, as well as an extensive factual record from multiple NorthShore employees demonstrating the need, urgency and appropriateness of the relief sought.

Dated: November 8, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Sorin A. Leahu | /s/ Horatio G. Mihet |
| Sorin A. Leahu, Ill. Bar No. 6315515 | Mathew D. Staver |
| Local Counsel | Horatio G. Mihet |
| LEAHU LAW GROUP, LLC | Roger K. Gannam |
| 53 W. Jackson Blvd., #1527 | Daniel J. Schmid |
| Chicago, IL 60604 | LIBERTY COUNSEL |
| (847) 529-7221 | P.O. Box 540774 |
| sleahu@leahulaw.com | Orlando, FL 32854 |
| | (407) 875-1776 |
| | court@lc.org |
| | hmihet@lc.org |
| | rgannam@lc.org |
| | dschmid@lc.org |

*Attorneys for Plaintiffs and Proposed Class*

### CERTIFICATE OF SERVICE

I hereby certify that on this November 8, 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's ECF/electronic notification system.

/s/ Horatio G. Mihet
Horatio G. Mihet
Attorney for Plaintiffs