UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Jane Doe 1, et al.

                                        Plaintiff,

v.                                                                  Case No.: 1:21−cv−05683
                                                                               Honorable John F. Kness

Northshore University Healthsystem

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

      MINUTE entry before the Honorable John F. Kness: Telephonic oral argument on the motion for preliminary injunction [4] held on 11/16/2021. For the reasons provided on the record and at the 10/29/2021 hearing, the existing temporary restraining order is extended to 11/29/2021. See Fed. R. Civ. P. 65(b)(2). This matter is taken under advisement for a ruling by mail. Defendant's motion for leave to file under seal [46] and motion for leave to file excess pages [47] are granted. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.