# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jane Doe 1, et al.

　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:21−cv−05683

　　　　　　　　　　　　　　　　　　　　Honorable John F. Kness

Northshore University Healthsystem

　　　　　　　　　　　　　Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 30, 2021:

　　　MINUTE entry before the Honorable John F. Kness: For the reasons stated in the accompanying Memorandum Opinion and Order, Plaintiffs' motion for preliminary injunction [4] and motion to extend preliminary injunction relief to the provisional class [36] are denied. Plaintiffs' motion for leave to file supplemental declaration of Jane Doe 1 and of Horatio G. Mihet [49] is granted. Telephonic Status hearing set for 12/14/2021 at 10:40 AM. The parties are to use the following call−in number: 888−684−8852, access code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.