**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | | |
|---|---|---|
| JANE DOES 1-14, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:21-cv-05683 |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 28 U.S.C. §1292(a)(1), Plaintiffs, JANE DOES 1-14, by and through counsel, on their own behalf and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's November 30, 2021 Memorandum Opinion and Order (dkt. 52) denying Plaintiffs' motion for preliminary injunction.

Respectfully submitted,

/s/ Horatio G. Mihet
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: court@lc.org; hmihet@lc.org
rgannam@lc.org; dschmid@lc.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this December 2, 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's ECF/electronic notification system.

/s/ Horatio G. Mihet
Horatio G. Mihet
Attorney for Plaintiffs