**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Jane Doe 1, et al.

            Plaintiff,

v.                    Case No.: 1:21−cv−05683
                    Honorable John F. Kness

Northshore University Healthsystem

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 8, 2021:

   MINUTE entry before the Honorable John F. Kness: Before the Court is Plaintiffs' motion [57] for an injunction pending resolution of their appeal [53] of this Court's denial of a preliminary injunction [52]. Plaintiffs note that they must seek an injunction pending appeal from the district court before requesting that relief from the Seventh Circuit. Fed. R. App. P. 8(a)(1)(C). In their motion for a stay, Plaintiffs explain correctly that the "standard for granting a stay pending appeal mirrors that for granting a preliminary injunction." *In re A & F Enterprises, Inc. II*, 742 F.3d 763, 766 (7th Cir. 2014). Although Plaintiffs' motion provides citations to authority (some new) that Plaintiffs contend supports a stay, the reasons the Court previously provided [52] for denying a preliminary injunction also support the denial of Plaintiffs' present request for a stay. Accordingly, and in the interest of providing Plaintiffs with the expeditious ruling they have specifically requested (Dkt. 57 at 8), the Court denies Plaintiffs' motion for an injunction pending appeal without requiring Defendant to file a response. The status hearing set for 12/14/2021 remains firm; the parties must be prepared to address whether and, if so, how to proceed with the litigation during the pendency of the interlocutory appeal. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.