# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 13, 2021

*By the Court:*

| | |
|---|---|
| No. 21-3242 | JANE DOE 1, et al., <br>       Plaintiffs - Appellants <br><br> v. <br><br> NORTHSHORE UNIVERSITY HEALTHSYSTEM, <br>       Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-05683 <br> Northern District of Illinois, Eastern Division <br> District Judge John F. Kness ||

Upon consideration of the **PLAINTIFFS-APPELLANTS' MOTION FOR LEAVE TO FILE DISCLOSURE STATEMENT UNDER SEAL**, filed on December 10, 2021, by counsel for the appellants,

 **IT IS ORDERED** that the motion to seal is **DENIED**. Anonymous litigation is generally disfavored, and the plaintiffs have not justified anonymity in this appeal. See OPER. P. 10(a); Doe v. City of Chicago, 360 F.3d 667, 669 (7th Cir. 2004).

form name: **c7_Order_BTC**    (form ID: **178**)