# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 13, 2021

*By the Court:*

| | |
|---|---|
| No. 21-3242 | JANE DOE 1, et al.,<br>　　　　Plaintiffs - Appellants<br><br>v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br>　　　　Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05683<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Kness | |

Upon consideration of the **EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL AND TO EXPEDITE APPEAL**, filed on December 10, 2021, by counsel for the appellants,

**IT IS ORDERED** that the motion for an injunction pending appeal is **DENIED**.

**IT IS FURTHER ORDERED** that the request to expedite the appeal is **GRANTED.** The parties shall submit a joint statement with a proposed schedule for briefing and argument. Briefing should be completed by approximately February 1, 2021, so oral argument can follow shortly thereafter.

form name: **c7_Order_BTC**     (form ID: **178**)