# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

December 16, 2021

*By the Court*:

| | |
|---|---|
| No. 21-3242 | JANE DOE 1, et al.,<br>                Plaintiffs - Appellants<br><br>v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br>                Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05683<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Kness | |

     Upon consideration of the **STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL**, filed on December 15, 2021, by counsel for the parties,

     **IT IS ORDERED** that this appeal is voluntarily **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b), with costs taxed to the appellants.


form name: **c7_FinalOrderWMandate**     (form ID: **137**)