**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division**

Jane Doe 1, et al.

                                         Plaintiff,

v.                                                       Case No.: 1:21−cv−05683

                                                                   Honorable John F. Kness

Northshore University Healthsystem

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 7, 2022:

      MINUTE entry before the Honorable John F. Kness: Joint Motion for entry of agreed confidentiality order [77] is granted. Enter separate order. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.