**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Christopher Younger,<br><br>        Plaintiff,<br><br>    v.<br><br>Cook County Health and Hospital System, *et al.*,<br><br>        Defendants. | Case No. 1:20-cv-03493<br><br>Honorable Edmond E. Chang |

## MOTION TO WITHDRAW AS COUNSEL

Defendant Northshore University Healthsystem, by its attorneys, respectfully request that this Court grant Paul Yovanic, Jr. leave to withdraw his appearance as one of its attorneys of record for Defendant in this matter. In support of this motion, Defendant states as follows:

1. Defendant has been and is represented in this action by counsel from Seyfarth Shaw LLP ("Seyfarth") and Winston & Strawn LLP ("Winston"). Specifically, Seyfarth attorney Marc Jacobs and Winston attorney David Dahlquist have appeared on Defendant's behalf in this action.

2. Mr. Yovanic is resigning from Seyfarth effective May 6, 2022. Accordingly, Defendant wishes to withdraw Mr. Yovanic's Appearance.

3. Defendant will continue to be represented in this matter by Marc Jacobs of Seyfarth and David Dahlquist of Winston.

WHEREFORE, Defendant respectfully requests that the Court grant Paul Yovanic's leave to withdraw as one of the attorneys of record for Defendant in this action.

**Date:  May 5, 2022**　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　NORTHSHORE UNIVERSITY
　　　　　　　　　　　　　　　　　　　　　HEALTHSYSTEM


　　　　　　　　　　　　　　　　　　　　　By: */s/ Paul Yovanic, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Paul Yovanic, Jr
pyovanic@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, Illinois 60606
Telephone: 312-460-5000
Facsimile: 312-460-7000

2

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on May 5, 2022, he electronically filed the foregoing Motion to Withdraw As Counsel with the Clerk of the Court using the ECF system, which will send notification of such filing to the counsel of record.

                                       *s/ Paul Yovanic, Jr.*
                                       Paul Yovanic, Jr.