IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOES 1-14, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br><br>Defendant. | Case No. 1:21-cv-05683<br><br>Judge John F. Kness<br><br>Mag. Judge Jeffrey I. Cummings |

**AGREED JOINT MOTION AND REQUEST FOR STATUS CONFERENCE**

Defendant NorthShore University HealthSystem ("NorthShore") and Plaintiffs Jane Does 1-14 ("Plaintiffs"), by and through their respective undersigned counsel, hereby move and respectfully request this Court schedule a status conference at the Court's convenience sometime after May 9, 2022.

The parties have agreed to participate in a private and confidential mediation in a good faith effort to reach a mutually agreeable resolution to this matter. The private mediation is scheduled for May 9, 2022. In order to prepare for the mediation session, the Parties' agreed to pause all class discovery efforts as of March 11, 2022, pending the outcome of the mediation. Therefore, the parties jointly request that this Court schedule a status conference after May 9, 2022, during which the parties can update the Court about the outcome of the private mediation, and, if the case is not resolved, propose amendments to the current scheduling order to permit the parties to conduct further discovery prior to the class certification motion deadline. Because the current deadline for class certification motions is May 16, 2022, the parties respectfully request a status

conference in advance of May 16, or alternatively, that the Court vacate the current scheduling order (Dkt. 67) pending the parties proposing and the Court adopting a revised schedule.

WHEREFORE, the parties respectfully request that this Court schedule a status conference on a date after May 9, 2022 or any further relief as the Court deems appropriate.

Dated: May 6, 2022

Respectfully submitted,

NORTHSHORE UNIVERSITY HEALTHSYSTEM

By: */s/ David E. Dahlquist*
DAVID E. DAHLQUIST
David E. Dahlquist
Kevin P. Simpson
Nasir Hussain
Savannah L. Murin
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
ddahlquist@winston.com
ksimpson@winston.com
nhussain@winston.com
smurin@winston.com

Marc R. Jacobs
Paul J. Yovanic, Jr.
**SEYFARTH SHAW LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
(312) 460-5000
mjacobs@seyfarth.com
pyovanic@seyfarth.com

*Counsel for NorthShore University HealthSystem*

JANE DOES 1-14

By: */s/ Horatio G. Mihet*
HORATIO G. MIHET

Mathew D. Staver

2

Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
**LIBERTY COUNSEL**
P.O. Box 540774
Orlando, Florida 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org

*Counsel for Plaintiffs Jane Does 1-14*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I caused a true and correct copy of the foregoing Agreed Joint Motion and Request for Status Conference to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's ECF/electronic notification system.

    *s/ David E. Dahlquist*
    David E. Dahlquist

    *One of NorthShore University*
    *HealthSystem's Attorneys*