## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Jane Doe 1, et al.

                                Plaintiff,

v.                                                              Case No.: 1:21−cv−05683

                                                                       Honorable John F. Kness

Northshore University Healthsystem

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 10, 2022:

      MINUTE entry before the Honorable John F. Kness: The agreed joint motion [96] and request for status conference is granted. A status hearing is set for 5/26/2022 at 10:30 AM. The parties are directed to use the same call−in information [51]. With the consent of the parties, the current case management order [67] is vacated and will be amended, as needed, by separate order following the upcoming hearing. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.