IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jane Doe 1, *et al.*, <br><br> Plaintiff(s), <br><br> v. <br><br> Northshore University Healthsystem, <br><br> Defendant(s). | No. 21-cv-05683 <br><br> Judge John F. Kness |

## ORDER

Plaintiffs' agreed motion for return of bond [95] is granted. The Court respectfully directs the Clerk of the Court to disburse the principal plus any earned interest of the five-thousand-dollar ($5,000) cash bond deposited on November 4, 2021, by Horatio Mihet on behalf of Plaintiffs Jane Does 1-14 to: Liberty Counsel, attn: Horatio Gabriel Mihet, 1053 Maitland Center Commons, Second Floor, Maitland, FL 32751.

SO ORDERED.

Date: May 10, 2022

JOHN F. KNESS
United States District Judge