IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOES 1-14, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br><br>Defendant. | Case No. 1:21-cv-05683<br><br>Judge John F. Kness<br><br>Mag. Judge Jeffrey I. Cummings |

**AGREED JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS
AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs Jane Does 1-14 ("Plaintiffs") and Defendant NorthShore University HealthSystem ("NorthShore"), by and through their respective undersigned counsel, hereby jointly move and respectfully request this Court to certify a settlement class and grant preliminary approval of the class action settlement reached by the Parties, as detailed in the supporting memorandum of law (and the proposed Settlement Agreement) submitted concurrently with this motion.

Dated: July 29, 2022                                                          Respectfully submitted,

| | |
|---|---|
| *s/ Horatio G. Mihet*<br>Mathew D. Staver<br>Horatio G. Mihet<br>Roger K. Gannam<br>Daniel J. Schmid<br>**LIBERTY COUNSEL**<br>P.O. Box 540774<br>Orlando, FL 32854<br>Phone: (407) 875-1776<br>Facsimile: (407) 875-0770<br>Email: court@lc.org; hmihet@lc.org<br>rgannam@lc.org; dschmid@lc.org<br><br>Sorin A. Leahu (Local Counsel)<br>Ill. Bar No. 6315515<br>**LEAHU LAW GROUP, LLC**<br>53 W. Jackson Blvd., #1527<br>Chicago, IL 60604<br>Phone: (847) 529-7221<br>Email: sleahu@leahulaw.com<br><br>***Attorneys for Plaintiffs*** | *s/ David E. Dahlquist*<br>David E. Dahlquist<br>Kevin P. Simpson<br>Nasir Hussain<br>Savannah L. Murin<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600<br>ddahlquist@winston.com<br>ksimpson@winston.com<br>nhussain@winston.com<br>smurin@winston.com<br><br>Marc R. Jacobs<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, Illinois 60606<br>(312) 460-5000<br>mjacobs@seyfarth.com<br><br>***Attorneys for NorthShore University HealthSystem*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's ECF/electronic notification system.

/s/ Horatio G. Mihet
Horatio G. Mihet

*Attorney for Plaintiffs*