IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOES 1-14, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br><br>Defendant. | Case No. 1:21-cv-05683<br><br>Judge John F. Kness<br><br>Mag. Judge Jeffrey I. Cummings |

## STIPULATION FOR DISMISSAL OF JANE DOE 14'S CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jane Doe 14 (as referenced in the original Complaint (Dkt. 1), and Defendant NorthShore University HealthSystem, by and through their respective undersigned counsel, hereby stipulate that the claims of Jane Doe 14 (and no other claims by any other party) should be, and are hereby, dismissed with prejudice.

Dated: July 29, 2022

Respectfully submitted,

s/ David E. Dahlquist
David E. Dahlquist
Kevin P. Simpson
Nasir Hussain
Savannah L. Murin
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
ddahlquist@winston.com
ksimpson@winston.com
nhussain@winston.com
smurin@winston.com

Marc R. Jacobs
**SEYFARTH SHAW LLP**

s/ Horatio G. Mihet
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
**LIBERTY COUNSEL**
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: court@lc.org; hmihet@lc.org
rgannam@lc.org; dschmid@lc.org

Sorin A. Leahu (Local Counsel)
Ill. Bar No. 6315515
**LEAHU LAW GROUP, LLC**

| | |
|---|---|
| 233 South Wacker Drive<br>Suite 8000<br>Chicago, Illinois 60606<br>(312) 460-5000<br>mjacobs@seyfarth.com<br><br>*Attorneys for NorthShore University HealthSystem* | 53 W. Jackson Blvd., #1527<br>Chicago, IL 60604<br>Phone: (847) 529-7221<br>Email: sleahu@leahulaw.com<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's ECF/electronic notification system.

                                                        /s/ Horatio G. Mihet_____
                                                        Horatio G. Mihet

                                                        *Attorney for Plaintiffs*