IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANES DOES 1-14, on their own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br><br>                    Defendant. | Civil Action No. 1:21-cv-05683<br><br>Hon. John F. Kness |

## DEFENDANT NORTHSHORE UNIVERSITY HEALTHSYSTEM'S MOTION FOR WITHDRAWAL OF COUNSEL

Defendant NorthShore University HealthSystem ("NorthShore"), by and through its current counsel, respectfully moves this Court for leave to withdraw the appearance of David E. Dahlquist as counsel of record in the above-captioned case, pursuant to Local Rule 83.17. In support of its Motion, NorthShore states as follows:

1. Multiple attorneys from Winston & Strawn LLP have filed appearances on behalf of NorthShore in the above-captioned case. Marc Jacobs from Seyfarth Shaw LLP has also filed an appearance on behalf of NorthShore in the above-captioned case.

2. Attorney David E. Dahlquist from Winston & Strawn LLP has appeared as counsel of record for NorthShore. However, Mr. Dahlquist is departing from Winston & Strawn LLP effective today, July 29, 2022, upon acceptance of a senior position with the United States Department of Justice, Antitrust Division. Mr. Dahlquist will no longer participate in this case. He does not need notice of filings in this case and should be removed from all service lists, including the CM/ECF system.

3.     Attorneys of record for NorthShore, specifically Kevin Simpson and Nasir Hussain of Winston & Strawn LLP, and Marc Jacobs of Seyfarth Shaw LLP, will continue to represent NorthShore.  Accordingly, no party will suffer prejudice if the request to withdraw Mr. Dahlquist's appearance is granted, and there will be no lapse in the representation of NorthShore.

WHEREFORE, NorthShore asks that this Court grant leave for Mr. Dahlquist to withdraw and remove him from all service lists and as counsel for NorthShore.

Dated: July 29, 2022

Respectfully Submitted,

/s/ *David E. Dahlquist*
David E. Dahlquist
Kevin P. Simpson
Nasir Hussain
Savannah L. Murin
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
ddahlquist@winston.com
ksimpson@winston.com
nhussain@winston.com
smurin@winston.com

Marc R. Jacobs
**SEYFARTH SHAW LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
(312) 460-5000
mjacobs@seyfarth.com

*Counsel for Defendant*
*NorthShore University HealthSystem*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I caused a true and correct copy of the foregoing Defendant NorthShore University HealthSystem's Motion for Withdrawal of Counsel to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By: /s/ *David E. Dahlquist*
David E. Dahlquist