# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jane Doe 1, et al.

                                        Plaintiff,

v.                                               Case No.: 1:21−cv−05683
                                                        Honorable John F. Kness

Northshore University Healthsystem

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 5, 2022:

      MINUTE entry before the Honorable John F. Kness: The agreed joint motion [106] for certification of a settlement class and for preliminary approval of class action settlement is granted. Enter separate preliminary approval order. A fairness hearing is set for 12/19/2022 at 9:00 a.m. in Room 1725 of the Everett McKinley Dirksen United States Courthouse. Any pending motions are dismissed without prejudice in view of today's order. The hearing set for 8/9/2022 is unnecessary and is stricken. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.