IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOES 1-14, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHSHORE UNIVERSITY HEALTHSYSTEM,<br><br>Defendant. | Case No. 1:21-cv-05683<br><br>Judge John F. Kness<br><br>Mag. Judge Jeffrey I. Cummings |

**AGREED JOINT SUPPLEMENT TO
MOTION FOR CERTIFICATION OF SETTLEMENT CLASS
AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs Jane Does 1-13 ("Plaintiffs") and Defendant NorthShore University HealthSystem ("NorthShore"), by and through their respective undersigned counsel, hereby jointly provide for the Court's review and approval the following additional documents related to the parties' Settlement Agreement, which this Court preliminarily approved on August 5, 2022 (dkt. 113):

1) Proposed Notice Plan (attached as **Exhibit A**);

2) Proposed Notice of Class Action Settlement (attached as **Exhibit B**);

3) Proposed Settlement Claim Form (attached as **Exhibit C**); and

4) Proposed List of Settlement Deadlines (attached as **Exhibit D**).

The parties understand that the Court intends to "enter [a] separate preliminary approval order." (Dkt. 113). The parties respectfully request that the Court's forthcoming order include

approval of the items submitted herewith, and include the appropriate deadlines agreed upon by the parties (Exhibit D).

As the deadlines proposed by the parties anticipate the sending of the Notice and Claim Form to Settlement Class Members on **September 13, 2022**, the parties respectfully request the Court's preliminary approval order to be issued **prior to August 31, 2022**, if such is possible and convenient for the Court, to enable the parties and the Settlement Administrator to timely prepare the necessary documents and actions. The parties stand ready for any follow-up status conference or discussion that the Court deems necessary.

Dated: August 17, 2022

Respectfully submitted,

*s/ Horatio G. Mihet*
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
**LIBERTY COUNSEL**
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: court@lc.org; hmihet@lc.org
rgannam@lc.org; dschmid@lc.org

Sorin A. Leahu (Local Counsel)
Ill. Bar No. 6315515
**LEAHU LAW GROUP, LLC**
53 W. Jackson Blvd., #1527
Chicago, IL 60604
Phone: (847) 529-7221
Email: sleahu@leahulaw.com

***Attorneys for Plaintiffs***

*s/ Kevin P. Simpson*
Kevin P. Simpson
Nasir Hussain
Savannah L. Murin
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
ksimpson@winston.com
nhussain@winston.com
smurin@winston.com

Marc R. Jacobs
**SEYFARTH SHAW LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
(312) 460-5000
mjacobs@seyfarth.com

***Attorneys for NorthShore University HealthSystem***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Court. Service will be effectuated on all counsel of record via the Court's ECF/electronic notification system.

    /s/ Horatio G. Mihet
    Horatio G. Mihet

    *Attorney for Plaintiffs*