UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

# NOTICE OF CLASS ACTION SETTLEMENT, PROPOSED SETTLEMENT AGREEMENT, AND FINAL APPROVAL HEARING

**If you are a current or former NorthShore University HealthSystem Team Member who applied for, and was denied, a religious accommodation to NorthShore's Vaccine Policy requiring COVID-19 vaccination, a class action settlement will affect your rights.**

*A federal court has authorized this Notice. This is not a solicitation from a lawyer.*

On August 5, 2022, Judge John F. Kness of the U.S. District Court for the Northern District of Illinois granted Preliminary Approval of a proposed class action settlement in the lawsuit *Doe 1, et al. v. NorthShore University HealthSystem*, 1:21-cv-05683 (N.D. Ill.). The Court ordered this Notice to inform you of your rights and options under the Settlement. The proposed Settlement will provide a Settlement Fund of $10,337,500.00 for a class of current and former NorthShore employees, contractors, physicians, staff, and volunteers (collectively "Team Members") to resolve disputed claims against NorthShore regarding alleged religious discrimination. The proposed Settlement will also provide certain Programmatic Relief whereby NorthShore will enhance its religious accommodation procedures to its vaccination requirements.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT ||
|---|---|
| **Stay in the Lawsuit and Submit a Claim for a Monetary Award** | If you like the settlement's terms, stay in the lawsuit. Submit a claim and seek money if the Court approves the Settlement. Give up certain rights to sue NorthShore. The Court still must decide whether to approve the Settlement. If you wish to participate in the Settlement, you must complete and submit a Claim Form by **November 18, 2022**. If the Court approves the Settlement, and you submit a valid claim, then you will be mailed a settlement check. |
| **Comment or Object** | Write to the Court about your view of the Settlement or object if you don't think it's fair. You must object to the Settlement by **November 18, 2022**. |
| **Exclude Yourself (Opt Out)** | Opt Out of the Settlement's monetary relief. Receive no money from the Settlement. If the Settlement becomes final, this is the only option that allows you to retain your rights to separately sue NorthShore for the claims resolved by the Settlement. You must Opt Out, or seek exclusion from, the Settlement by **November 18, 2022**. |
| These options—**and the deadlines to exercise them**—are explained in this Notice. ||

1

## WHAT THIS NOTICE CONTAINS

### Table of Contents

1. Purpose of this Notice .................................................................................................. 3
2. Background of the Lawsuit ......................................................................................... 3
3. Class Definitions .......................................................................................................... 4
4. Summary of Settlement Terms ................................................................................... 4
5. How to Proceed: Your Options ................................................................................... 4
6. What Will Happen if the Settlement is Approved ..................................................... 6
7. Release ........................................................................................................................... 7
8. How Settlement Awards Will Be Calculated ............................................................. 7
9. Potential Tax Consequences for Award ..................................................................... 7
10. The Lawyers Representing You and the Class .......................................................... 8
11. Terms and Payments Specific to the Named Plaintiffs ............................................ 8
12. The Final Approval Hearing ....................................................................................... 8
13. Getting More Information ........................................................................................... 9

### 1. Purpose of this Notice

This Notice informs you about (i) this lawsuit; (ii) the Settlement and Settlement Class definition that the Court has preliminarily approved; and (iii) your legal rights and options in connection with the Settlement and a hearing to be held before the Court on **December 19, 2022**, to consider the fairness, reasonableness, and adequacy of the Settlement and related matters.

This Notice also describes the steps to be taken by those who wish to be excluded from the Class or object to the Settlement, and for those who remain in the Class, the steps necessary to seek a share of the Settlement Fund if the Court approves the Settlement.

### 2. Background of the Lawsuit

Plaintiffs Jane Does 1 through 13, current and former NorthShore Team Members, retained Class Counsel to represent them with their individual and potential Class-wide employment claims of religious discrimination against NorthShore. In October 2021, Plaintiffs filed a class action lawsuit alleging that NorthShore's vaccine policy, which requires COVID-19 vaccination (the "Vaccine Policy"), including NorthShore's procedures for reviewing and granting exemptions and/or accommodations to the vaccination requirement, was religiously discriminatory in violation of Illinois and federal law. Together, Plaintiffs Does 1 through 13 are called "Named Plaintiffs" because they brought the lawsuit seeking to represent a group (or "class") of similarly situated current and former NorthShore Team Members who sought a religious accommodation to NorthShore's Vaccine Policy. The Verified Class Action Complaint describes Plaintiffs' claims and can be found at www.lc.org/NorthShore. The lawsuit is known as *Doe 1, et al. v. NorthShore University HealthSystem*, 1:21-cv-05683 (N.D. Ill.).

NorthShore denied and continues to deny all the allegations and claims asserted in this lawsuit, including alleged liability under federal and state anti-discrimination laws, and it denies that the Named Plaintiffs or Class Members are entitled to any relief. The Court has not made, nor will it make, any determination on the merits of this matter, such as which party is right or wrong. By entering into the proposed Settlement, NorthShore does not admit any wrongdoing or liability. The Settlement resolves claims of religious discrimination in terms and conditions of employment, including claims brought, or that could have been brought, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq., as well as state anti-discrimination laws, including the Illinois Health Care Right of Conscience Act, 745 ILCS 70/1, et seq.

The Court has reviewed the Settlement and has preliminarily approved it as being fair, adequate, and reasonable. Before deciding whether to give the Settlement Final Approval, the Court wishes to inform the Class of the general terms of the Settlement and of the right of Class Members to comment on, object, or to Opt Out of (be excluded from participating in), the Settlement.

### 3. Class Definitions

You are a member of the Class and are affected by the Settlement if you fit within this definition:

**All NorthShore Team Members who: (1) between July 1, 2021, and January 1, 2022, submitted to NorthShore a request for religious exemption and/or accommodation from its Vaccine Policy requiring COVID-19 vaccination; (2) were denied a religious exemption and/or accommodation; and (3) either received a COVID-19 vaccine to avoid termination or were discharged or resigned based upon their religious declination of a COVID-19 vaccine.**

If you received this Notice in a mailing addressed to you, then NorthShore's records show that you may be a Class Member, *i.e.*, that you may fit the definition above. If so, you have legal rights and options that you can exercise before the Court gives final approval to the Settlement.

### 4. Summary of Settlement Terms

NorthShore has agreed to create a Settlement Fund of $10,337,500. The Settlement Fund will cover payments to Class Members, Service Awards to the Named Plaintiffs, Class Counsel's attorneys' fees and costs, and the costs of administering the Settlement Fund.

Along with establishing the Settlement Fund, NorthShore has agreed to take actions designed to enhance its religious accommodation policies for its System Vaccine Program, which includes a COVID-19 vaccination requirement. For example, Team Members who were terminated or resigned following the denial of religious accommodation will be eligible for rehire if they apply within 90 days after the Settlement is approved, and NorthShore will review and grant future religious accommodation requests in accordance with recent federal rules and court decisions.

The Settlement Agreement that has been preliminarily approved by the Court contains many more details, and can be found at www.lc.org/NorthShore.

### 5. How to Proceed: Your Options

**Option A: Stay in the Lawsuit and Submit a Claim Form**

The Court still must decide whether to grant Final Approval of the Settlement. If you wish to take part in the Settlement, you must complete and submit a Claim Form, which must be mailed to the Settlement Administrator and postmarked on or before **November 18, 2022**. Note: you may comment or object to the Settlement and still submit a Claim Form. After receiving your Claim Form, the Settlement Administrator will review your claim to ensure that it is valid and timely. Submitting a Claim Form by the deadline set by the Court is the only way to get money from the Settlement. **You must timely submit a Claim Form in order to receive money from the Settlement**. If the Court approves the Settlement, then you will receive a check from the Settlement Fund within 60 days after final approval.

In addition to your claim form being postmarked by November 18, 2022, to be eligible for a payment from the Settlement Fund, **your claim form must be actually received by the Settlement Administrator by November 28, 2022**. Neither the Settlement Administrator, nor Class Counsel, nor any other party to this Settlement is responsible for any Claim Forms that are mailed but not timely

received by the Settlement Administrator. If you want to confirm receipt of your Claim Form, please send an email to NorthShoreSettlement@lc.org, or call 407-875-1776, **no earlier than two weeks after you have mailed it** (to allow for receipt and processing).

**Option B: Object to the Settlement**

The Court must assess the overall fairness and reasonableness of the Settlement to the Class. Even if Class Members submit a Claim Form, they may comment on or object to the Settlement's Programmatic Relief and to the monetary relief if they have not opted out of the monetary relief.

To have your comment or objection to the Settlement considered by the Court or to speak at the Final Approval Hearing, your written comment or objection to the Settlement must (1) be signed and submitted to the Settlement Administrator; (2) include the name of this proceeding, *Doe 1, et al. v. NorthShore University HealthSystem*, 1:21-cv-05683 (N.D. Ill.); (3) include an explanation of why you think you are a member of the Settlement Class; (4) include a detailed description of the basis of the comment or objection; (5) state whether you intend to appear at the Final Approval Hearing (if you will appear through a lawyer, identify your lawyer by name, address, and telephone number); and (6) be mailed to the Settlement Administrator and postmarked on or before **November 18, 2022**. You need not be represented by an attorney to comment on or object to the Settlement.

| **Settlement Administrator's address:** | NorthShore Employee Vaccine Settlement<br>P.O. Box 23678<br>Jacksonville, FL 32241-3678 | |
|---|---|---|
| **Class Counsel's address:** | Horatio G. Mihet<br>Roger K. Gannam<br>**Liberty Counsel**<br>P.O. Box 540774<br>Orlando, FL 32854<br>(407) 875-1776<br>NorthShoreSettlement@lc.org | |
| **NorthShore's counsel's address:** | Marc R. Jacobs<br>**Seyfarth Shaw LLP**<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, IL 60606<br>(312) 460-5000<br>mjacobs@seyfarth.com | Kevin P. Simpson<br>**Winston & Strawn LLP**<br>35 West Wacker Dr.<br>Chicago, IL 60601-9703<br>(312) 558-3761<br>kpsimpson@winston.com |

### Option C: Opt Out and Exclude Yourself from the Settlement

If you do not want to participate in the Settlement and wish to retain your own rights to sue NorthShore separately for the legal claims covered by this Settlement, you must request to Opt Out of, or be excluded from, this Settlement. If you Opt Out, you will not be eligible for any Monetary Award from the Settlement, and you will not be permitted to object to, or comment upon, the Settlement in court proceedings. Even so, you will keep any rights you might have to sue NorthShore separately for the legal claims covered by this Settlement.

Any Class Member who wishes to Opt Out must mail to the Settlement Administrator a written, signed Request for Exclusion, which is a statement that they are opting out of the Settlement, at the address listed below. To be effective, this opt-out statement must be postmarked on or before **November 18, 2022** and must include the following language:

> I hereby Opt Out of the class action Settlement in the lawsuit *Doe 1, et al. v. NorthShore University HealthSystem*, 1:21-cv-05683 (N.D. Ill.). I understand that, by requesting to be excluded from the monetary settlement in this case, I will receive no money from the Settlement Fund created under the Settlement Agreement, and I will not be permitted to object to, or comment upon, the Settlement in court proceedings. I understand that I may bring a separate legal action seeking damages, but I might receive nothing or less than what I would have received if I had filed a claim under the class Monetary Award procedure in this case.

The Settlement Administrator's address is:
NorthShore Employee Vaccine Settlement
P.O. Box 23678
Jacksonville, FL 32241-3678

Class Members who submit a Request for Exclusion may rescind their Opt-Outs (*i.e.*, you may change your mind and stay in the Class). To be effective, such rescissions must be submitted in writing and received by the Settlement Administrator by **December 16, 2022**, at least one business day before the Final Approval Hearing (or "Fairness Hearing") on **December 19, 2022**. Class Members who submit timely and valid requests for exclusion will have no right to object to the Settlement in Court and will no longer be represented by Class Counsel.

You may not Opt Out of the Programmatic Relief that will be provided as part of this Settlement.

## 6. What Will Happen if the Settlement is Approved

If you do not request to be excluded (opt-out), you will remain a part of the Settlement Class and be eligible to receive payment from the Settlement Fund (if you submit a timely and valid Claim Form). The Court will hold the Final Approval Hearing and you, as a Class Member, will be represented by Class Counsel at no cost to you. If the Court gives Final Approval to the Settlement, you will receive a payment from the Settlement Fund within 60 days. To be eligible to receive a share of the Settlement Fund, you must fill out, sign, and submit a Claim Form to the Settlement Administrator postmarked by the claim submission deadline of **November 18, 2022**, and your claim form must be actually received by the Settlement Administrator by **November 28, 2022**.

## 7. Release

If the Court grants Final Approval of the Settlement, then all Settlement Class Members who do not Opt Out will release NorthShore from all employment-related claims arising at any time before the date of final Settlement approval by the Court. The Settlement Agreement (available at www.lc.org/NorthShore) defines the claims that will be released by Settlement Class Members who do not exclude themselves from the Settlement (see page 3 of the Settlement Agreement, "Released Claims"). To "release" a claim means that you cannot sue NorthShore or related parties for any of the claims covered by the release. Unless you Opt Out of the Settlement, you will be covered by the release and lose your claims, even if you do not submit a Claim Form for a Monetary Award.

## 8. How Settlement Awards Will Be Calculated

Each Class Member may be eligible for a Monetary Award from the Settlement Fund. To receive a Monetary Award, Class Members must fill out and submit a Claim Form.

Based on currently available information, it is estimated that approximately 523 current and former NorthShore Team Members are members of the Class, and that approximately 204 of them received COVID-19 vaccination to avoid termination (the "Compliance Allocation Group") and 269 of them were terminated or resigned based upon their religious declination of a COVID-19 vaccine (the "Termination Allocation Group"). After payment of expenses, Service Awards to the Named Plaintiff, and attorney's fees and costs, nine percent (9%) of the remaining Settlement Fund will be distributed in equal shares to those who file valid and timely Claim Forms within the Compliance Allocation Group, and ninety-one percent (91%) of the remaining Settlement Fund will be distributed in equal shares to those who file valid and timely Claim Forms within the Termination Allocation Group. If the Settlement is approved by the Court, if the above estimates are accurate, and if all or nearly all eligible Class Members submit timely and valid claim forms, then persons in the Compliance Allocation Group may recover approximately $3,000.00 each, and persons in the Termination Allocation Group may recover approximately $25,000.00 each. These estimates are not guaranteed to be accurate, and the amount of individual payments will not be determined until all claims have been timely received and processed, and the Court issues final approval of the Settlement.

Class Counsel will be available to assist Class Members in the claims process. You may also retain your own attorney to assist you in this process, at your own expense. Your Claim Form will remain strictly confidential. Neither your Claim Form nor its contents will be disclosed to the public. NorthShore cannot take any adverse action against any current or future Team Member based upon their participation in this Settlement.

All Monetary Awards will be reviewed and approved by the Settlement Administrator appointed by the Court to make sure they are fair and consistent. All Monetary Awards are final, binding, confidential, and non-appealable.

## 9. Potential Tax Consequences for Award

Any award you receive from the Settlement Fund will have tax consequences for you. It will be reported to you and the IRS as required by law. You will be solely responsible for satisfying any tax due from your award.

Class Counsel are not tax advisors and cannot advise you on any tax matters. Class Counsel urge you to consult your tax advisor for answers to any questions you may have about the tax implications of any potential award.

### 10. The Lawyers Representing You and the Class

As a Settlement Class Member, the following Class Counsel represents you:

> Horatio G. Mihet
> Roger K. Gannam
> **Liberty Counsel**
> P.O. Box 540774
> Orlando, FL 32854
> (407) 875-1776
> NorthShoreSettlement@lc.org

Unless you elect to exclude yourself from the Settlement, Class Counsel will continue to represent you (and other Class Members) in connection with the Settlement's implementation at no cost to you. Although it is not required, you may retain your own attorney at your own expense.

### The Lawyers' Fees for Representing the Class

Class Counsel have pursued these claims on behalf of the Named Plaintiffs and the Class without any payment for their services or reimbursement for the litigation expenses they incurred. If you are a Class Member and receive an award from the Settlement Fund, you will not owe any fees or expenses to the lawyers who represented you as part of the Class. Class Counsel will ask the Court to award them attorneys' fees and expenses of 20% of the Settlement Fund, which will be paid from the Settlement Fund.

### 11. Terms and Payments Specific to the Named Plaintiffs

Class Members have also been represented in this litigation by Named Plaintiffs Jane Does 1 through 13. The Named Plaintiffs may participate in the Settlement claims process just like any other Class Member. In addition, Class Counsel will ask the Court to grant a Service Award of $260,000 to be equally split among the Named Plaintiffs who do not Opt Out of the Settlement. As is typical in class actions, the Service Award recognizes the benefits the Named Plaintiffs achieved for the Class, the risks they faced in bringing the case, and the time and effort they spent pursuing the lawsuit and the Settlement for Class Members.

### 12. The Final Approval Hearing

The Final Approval Hearing on the Settlement will be held before the Honorable John F. Kness at 9:00 a.m. on **December 19, 2022**, in room 1725 of the Everett McKinley Dirksen United States Courthouse, 219 S Dearborn St., Chicago, IL 60604.

At the hearing, the Court will determine whether the proposed Settlement is fair, reasonable, and adequate and whether it should be approved. The Court will also consider the amount of fees and expenses to award to Class Counsel, the amount of the Service Awards to grant to the Named Plaintiffs,

and whether, in accordance with the Settlement, an order and judgment should be entered that effectively ends the lawsuit.

**Attendance at the Final Approval Hearing**

You are welcomed but not required to attend the hearing. Class Counsel will appear at the Final Approval Hearing on behalf of all Class Members, at no cost to you. If you file an objection, you may (but are not required to) attend the hearing to talk about your reasons for objecting. If you did not Opt Out and you filed your written objection on time, then the Court will consider your submission. You may also hire a lawyer to attend for you, at your own expense, but it is not required.

If the Court gives Final Approval to this Settlement, the Court's judgment will be final and binding on all Class Members who have not timely opted out.

### 13. Getting More Information

If you have more questions or still are not sure whether you are included in the Class, you can get free help at www.lc.org/NorthShore. The answers to most questions can be found on the settlement website, but if you need additional help, you can email Class Counsel at NorthShoreSettlement@lc.org, or call Class Counsel at 407-875-1776.

This Notice contains only a summary of the terms of the Settlement. For further information, the complete terms of the Settlement Agreement, and several other documents connected with the Settlement are available for review and download at www.lc.org/NorthShore.

**Again, the important deadlines are:**

- Last Day to Opt Out of the Settlement Class: **November 18, 2022**
- Last Day to Object to the Settlement: **November 18, 2022**
- Last Day to Submit a Claim Form: **November 18, 2022**
- Last Day for Settlement Administrator to Receive Claim Form: **November 28, 2022**
- Final Approval Hearing: **December 19, 2022, at 9:00 a.m.**

**PLEASE DO NOT CALL OR CONTACT THE JUDGE, THE COURT CLERK, OR NORTHSHORE WITH QUESTIONS ABOUT THIS NOTICE.**