UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

*Doe 1, et al. v. NorthShore University HealthSystem*, No. 1:21-CV-05683

### CLAIM FORM INSTRUCTIONS

This claim form is for Settlement Class Members. The Settlement Class includes the following persons:

> "All NorthShore Team Members who: (1) between July 1, 2021, and January 1, 2022, submitted to NorthShore a request for religious exemption and/or accommodation from its Vaccine Policy requiring COVID-19 vaccination; (2) were denied a religious exemption and/or accommodation; and (3) either received a COVID-19 vaccine to avoid termination or were discharged or resigned based upon their religious declination of a COVID-19 vaccine."

**DO NOT submit this claim form unless you meet the definition above**.

To receive a payment from the settlement, you must complete and submit this form postmarked by **November 18, 2022,** and the Settlement Administrator must actually receive your completed form by **November 28, 2022**.

### How to Complete this Claim Form

1. On or around September 13, 2022, the Settlement Administrator will mail Settlement Class Members (at the last address on file with NorthShore) an individualized claim form, with a unique ID and PIN for each Settlement Class Member. **To expedite processing, it is strongly encouraged and preferred that you submit the individualized claim form**. However, if you do not timely receive an individualized form, you may submit a generic claim form obtained from the settlement website, www.lc.org/northshore. **Under no circumstances should you submit more than one form**.

2. You must fill out the enclosed claim form and submit it to the Settlement Administrator by U.S. Mail sent to the following address:

   NorthShore Employee Vaccine Settlement
   P.O. Box 23678
   Jacksonville, FL 32241-3678

3. If you have any questions, **please first refer to the settlement website**, www.lc.org/northshore. You may also contact Class Counsel by calling 407-875-1776, or by email to NorthShoreSettlement@lc.org.

4. You must notify the Settlement Administrator if your contact information changes after you send your Claim Form.

5. **DEADLINE – Your Claim Form must be postmarked by November 18, 2022**.

6. To be eligible for a payment from the Settlement Fund, in addition to being postmarked by November 18, 2022, **your claim form must be actually received by the Settlement Administrator by November 28, 2022**. Neither the Settlement Administrator, nor Class Counsel, nor any other party to this Settlement are responsible for any Claim Forms that are mailed but not timely received by the Settlement Administrator. If you want to confirm receipt of your Claim Form, please send an email to NorthShoreSettlement@lc.org, or call 407-875-1776, **no earlier than two weeks after you have mailed it** (to allow for receipt and processing).

7. If your claim is approved, then payment will be mailed by check to the address provided in Section I of this Claim Form.

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS

In re: *Doe 1, et al. v. NorthShore University HealthSystem*
Case No. 1:21-CV-05683

Northshore Employee Vaccine Settlement
PO Box 23678
Jacksonville, FL 32241-3678

*Postmaster: Do Not Mark Barcode*
«keyline»

«fname» «lname»
«addrline1»
«addrcity» «addrstate» «addrzip»

Include this ID when corresponding about this case.
**Notice ID:** «creditorid»
**PIN:** «pin»

### NorthShore Employee Vaccine Settlement Claim Form

**Instructions:** Complete both sides and sign this Claim Form. You must notify the Settlement Administrator if your contact information changes after you submit this form. You must submit this form **postmarked no later than November 18, 2022**. Please type or print legibly.

#### Section I – Your Contact Information

- First Name / MI
- Last Name
- Mailing Address
- City / State / Zip
- Email Address
- Daytime Phone

Is your name or address different from your employment record at NorthShore HealthSystem? YES: ☐ NO: ☐

If YES, please submit with this Claim Form a color, legible copy of your state issued driver's license or ID card, and proof of your name or address change (such as a marriage or divorce certificate, and/or a utility bill in your name at your new address).

#### Section II – Employment Verification

To confirm your identity and to prevent potential fraudulent claims, you must provide your NorthShore Employee ID Number (including Northwest Community Healthcare or Swedish Hospital Employee ID Number), **and** either your Social Security Number **or** your Tax ID Number. This information will be held confidentially and not shared with the public.

- Employee ID No.
- Start Date (MM/DD/YYYY)
- Last Position Held
- Social Security No.       **or** Tax ID No.

#### Section III – Class Membership

Answer each of the questions below by marking an "X" in the appropriate box.

1. Are you a current or former NorthShore Team Member? Yes: ☐ No: ☐
2. Did you submit to NorthShore a request for a religious exemption or accommodation from NorthShore's vaccine policy requiring COVID-19 vaccination between July 1, 2021, and January 1, 2022? Yes: ☐ No: ☐
   If you answered **Yes**, state the approximate date of your request. Date: _____
3. Did NorthShore deny your request for a religious exemption and/or accommodation? Yes: ☐ No: ☐
4. Answer **ONE** of the following.
   a. Did you receive the COVID-19 vaccine to avoid termination? Yes: ☐ No: ☐
      If **Yes**, state the approximate date of your vaccination. Date: _____
   b. Were you discharged, or did you resign, for declining to receive the COVID-19 vaccine? Yes: ☐ No: ☐
      If **Yes**, state the approximate date of your discharge or resignation. Date: _____

*Administrator Use Only - Do not write below this line*



5XX
«noticeid»

Docket          Postmark          Received

### Section IV – Verification and Attestation Under Oath

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that, to the best of my knowledge: (1) the information provided in this Claim Form is true and correct, (2) I have not submitted another claim in connection with this Settlement, and (3) I know of no other person that has submitted a claim on my behalf.

**Release of Claims**

By signing below, I also understand that, if the Court grants Final Approval of the Settlement, then all Settlement Class Members who do not Opt Out—including Settlement Class Members who submit this Claim Form—will release NorthShore from all employment-related claims of religious discrimination arising at any time before the date of final Settlement approval by the Court. I understand that the Settlement Agreement (available at www.lc.org/NorthShore) defines the claims that will be released by Settlement Class Members who do not exclude themselves from the Settlement (see page 3 of the Settlement Agreement, "Released Claims"). I understand that to "release" a claim means that I cannot sue NorthShore or related parties for any of the claims covered by the release. I understand that Opt Out instructions are provided in the Notice of Class Action Settlement, Proposed Settlement Agreement, and Final Approval Hearing.

_____  _____
Signature                                                                                                Date (MM/DD/YYYY)

_____
Print Your Full Name

**Reminder Checklist**

1. Please make sure you answered all the questions on both sides of the claim form.
2. Make sure that you signed and dated the claim form.
3. Please keep a copy of your completed claim form for your own records.
4. If you have any questions, **please first refer to the settlement website**, www.lc.org/northshore. You may also contact Class Counsel by calling 407-875-1776, or by email to NorthShoreSettlement@lc.org.
5. Mail your claim form, **postmarked by November 18, 2022**, to:

   NorthShore Employee Vaccine Settlement
   P.O. Box 23678
   Jacksonville, FL 32241-3678

6. To be eligible for a payment from the Settlement Fund, in addition to being postmarked by November 18, 2022, **your claim form must be actually received by the Settlement Administrator by November 28, 2022**. Neither the Settlement Administrator, nor Class Counsel, nor any other party to this Settlement are responsible for any Claim Forms that are mailed but not timely received by the Settlement Administrator. If you want to confirm receipt of your Claim Form, please send an email to NorthShoreSettlement@lc.org, or call 407-875-1776, **no earlier than two weeks after you have mailed it** (to allow for receipt and processing).

*Administrator Use Only - Do not write below this line*



Docket                                         Postmark                                         Received