# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Jane Doe 1, et al.

                                       Plaintiff,

v.                                                                 Case No.: 1:21−cv−05683

                                                                                Honorable John F. Kness

Northshore University Healthsystem

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 8, 2022:

      MINUTE entry before the Honorable John F. Kness: Before the Court is the an agreed joint supplement to the parties' motion for certification of settlement class and preliminary approval of class action settlement [114]. Attached to that supplement are the Notice Plan [114−1], the Notice [114−2], the Claim Form [114−3], and the Settlement Deadlines [114−4]. Construing the supplement as a motion, that motion is granted and the attached materials are approved. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.